ORIGINAL

FILED
JAN 11 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE
UNITED STATES COURT OF FEDERAL CLAIMS

**RAMAH NAVAJO SCHOOL BOARD, INC.**

PLAINTIFF,

**vs.**

**UNITED STATES OF AMERICA,**

DEFENDANT.

No.: 08-19 C

**DISCLOSURE STATEMENT**
(pursuant to RCFC 7.1)

I, the undersigned, counsel of record for Ramah Navajo School Board, Inc., certify that no corporation is a parent corporation of the Ramah Navajo School Board, Inc., or owns any stock of Ramah Navajo School Board, Inc.

Respectfully submitted this 11th day of January, 2008.

Daniel H. MacMeekin
(Counsel of record)
1776 Massachusetts Avenue, NW,
Suite 801
Washington, DC 20036
Telephone: (202) 223-1717
Fax: (202) 223-1459
E-mail: dan@macmeekin.com
D.C. Bar No. 393035

Michael P. Gross
(Of counsel)
M.P. GROSS & ASSOCIATES, P.C.
460 St. Michael's Drive, Suite 401
Santa Fe, New Mexico 87505
Telephone: (505) 995-8066
Fax: (505) 989-1096
E-mail: mpgross@cnsp.com
New Mexico Bar No. 1027