**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **RAMAH NAVAJO SCHOOL BOARD, INC.**<br>PLAINTIFF,<br>**vs.**<br>**UNITED STATES OF AMERICA,**<br>DEFENDANT. | **No. 08-19C**<br>**(Judge Bush)** |

**NOTICE OF CHANGE OF FIRM NAME FOR PLAINTIFF'S COUNSEL**

TO: THE CLERK OF COURT AND PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of M.P. Gross & Associates, P.C., has changed its name to M.P. Gross Law Firm, P.C., effective immediately. The office address, telephone and facsimile numbers, and email addresses for counsel in the firm remain the same.

Respectfully submitted this 15th day of April, 2008.

s/Michael P. Gross
Michael P. Gross
Of Counsel for Plaintiff
M. P. Gross Law Firm, P.C.
460 St. Michael's Drive, Suite 401
Santa Fe, New Mexico 87505
T: 505.995.8066
:
F: 505.843.6912

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I filed the foregoing notice electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John S. Groat, Esq.
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

jack.groat@usdoj.gov

s/ Daniel H. MacMeekin