IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RAMAH NAVAJO SCHOOL BOARD, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-19C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims (RCFC), Defendant, the United States, respectfully requests a 10-day enlargement of time, to and including May 9, 2008, within which to file its reply to Ramah Navajo School Board, Inc.'s (RNSB) April 12, 2008 opposition to the Government's motion to dismiss. Our reply is currently due on April 29, 2008, and this is defendant's first request for an enlargement of time for this purpose. RNSB's counsel authorized counsel to state that RNSB does not oppose the Court's granting this request.

Counsel unexpectedly has been continuously involved in meetings with a witness in Roxco, Inc. v. United States, 02-176C. Counsel was unable to complete a draft of our reply brief as a result of these meetings. Upon completion of a

draft, counsel must seek comments from the agency, obtain review of the draft within the Department of Justice, and finalize the reply brief.

For the foregoing reasons, the Government respectfully requests that the Court grant this unopposed motion for an enlargement of time, to and including May 9, 2008, within which the Government may file its reply brief.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director

/s/ John. S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

Melissa A. Jamison, Esq.
Senior Attorney
Department of Health and
Human Services

April 24, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of April, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John S. Groat