# In the United States Court of Federal Claims

No. 08-19 C

(Filed April 28, 2008)

* * * * * * * * * * * * * * * * * * * * * *
RAMAH NAVAJO SCHOOL BOARD, INC., *
*Plaintiff*, *
v. *
THE UNITED STATES, *
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 25, 2008, defendant filed an Unopposed Motion for an Enlargement of Time of ten days, to and including May 9, 2008, within which to file defendant's reply to plaintiff's opposition to defendant's motion to dismiss. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge